IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY LAMBERSON, AS ADMINISTRATRIX OF THE ESTATE OF MELINDA LAMBERSON REYNOLDS, DECEASED, : : : : : : : : : *Plaintiff* : : *v.* : : COMMONWEALTH OF PENNSYLVANIA, *et al.*, : *Defendants* : : | CIVIL ACTION NO. 09-CV-1492 (Judge Munley) Electronically Filed |

**APPENDIX TO PLAINTIFF'S STATEMENT OF DISPUTED FACTS, PURSUANT TO LOCAL RULE 56.1, IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Lawrence D. Berger (PA 16028)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 East State Street
Media, PA  19063
(610) 891-9880     (phone)
(610) 891-9883     (fax)
LBERGER@sfmslaw.com     (e-mail)

Michael Churchill (PA 04661)
Kaitlyn R. Maxwell (PA 314223)
Public Interest Law Center of Philadelphia
1709 Benj. Franklin Pkwy., 2d Floor
Philadelphia, PA  19103
(215) 627-7100     (phone)
(215) 627-7183     (fax)
MCHURCHILL@pilcop.org     (e-mail)

December 18, 2012

# Contents

Tab

L      Declaration of William Santoro, M.D..

M      Declaration of Glen Cooper

N      Additional pages from discovery record referenced in Plaintiff's Statement of Disputed Facts

Tab