AO 450 (Rev1/09) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY LAMBERSON as Administratrix of the Estate of Melinda Lamberson Reynolds, deceased,<br>Plaintiff<br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>PENNSYLVANIA DEPARTMENT OF STATE,<br>PENNSYLVANIA BUREAU OF PROFESSIONAL and OCCUPATIONAL AFFAIRS,<br>PENNSYLVANIA DIVISION OF PROFESSIONAL HEALTH MONITORING PROGRAMS,<br>PENNSYLVANIA STATE BOARD OF NURSING,<br>BASIL L. MERENDA,<br>LINDA TANZINI ABMROSO,<br>K. STEPHEN ANDERSON,<br>CHRISTOPHER BARTLETT,<br>RAFAELA COLON,<br>KATHLEEN M. DWYER,<br>JUDY A. HALE,<br>SUZANNE M. HENDRICKS,<br>JOSEPH J. NAPOLITANO,<br>ANN L. SULLIVAN,<br>JANET H. SHIELDS, and<br>JOANNE L. SORENSEN,<br>Defendants | 3:09-cv-1492<br><br>(Judge Munley)<br><br><br><br><br><br><br><br>FILED<br>SCRANTON<br><br>AUG 5 2013<br><br>PER _____<br>DEPUTY CLERK |

## JUDGMENT IN A CIVIL ACTION

[X] **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**SUMMARY JUDGMENT** be and is hereby entered in favor of the Defendants, COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA DEPARTMENT OF STATE, PENNSYLVANIA BUREAU OF PROFESSIONAL and OCCUPATIONAL AFFAIRS, PENNSYLVANIA DIVISION OF PROFESSIONAL HEALTH MONITORING PROGRAMS, PENNSYLVANIA STATE BOARD OF NURSING, BASIL L. MERENDA, LINDA TANZINI ABMROSO, K. STEPHEN ANDERSON, CHRISTOPHER BARTLETT, RAFAELA COLON, KATHLEEN M. DWYER, JUDY A. HALE, SUZAN M. HENDRICKS JOSEPH J. NAPOLITANO, ANN L. SULLIVAN, JANET H. SHIELDS, and JOANNE L. SORENSEN, and against the Plaintiff, BEVERLY LAMBERSON, as Administratrix, of the Estate of Melinda Lamberson Reynolds, Deceased.

MARY E. D'ANDREA
Clerk of Court

Deputy Clerk

Dated: August 5, 2013